# Court of Appeals
# of the State of Georgia

ATLANTA,    December 29, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0152. PAUL CHERGI v. THE STATE.**

In 1996, Paul Chergi was convicted of several offenses, including armed robbery. In 2020, Chergi filed a "motion to vacate void sentence," which the trial court denied on October 7, 2020. Chergi filed this application for discretionary review on December 1, 2020. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Chergi filed this application 55 days after entry of the order he seeks to appeal. Consequently, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction. See id.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   *12/29/2020*
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, *Clerk.*